UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVAD AZIMPOOR,<br><br>       Plaintiff,<br><br>-against-<br><br>BRONX WOOD IMP LLC, DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>       Defendants. | 1:25-cv-00645 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On March 11, the Clerk's Office entered a Certificate of Default against Bronx Wood Imp LLC, Dkt. 30, and on March 12, 2205 the Clerk's Office entered a Certificate of Default against New York City Environmental Control Board, Dkt. 34.

  IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment, including a supporting memorandum of law explaining why default judgment in favor of Plaintiff is warranted and any other supporting materials, under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) by **March 20, 2025**.  Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of filing the motion for default judgment**.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

  IT IS FURTHER ORDERED that Defendants shall file any opposition to the motion for default judgment by **April 3, 2025 and** Plaintiff shall file a reply, if any, by **April 10, 2025.**

Dated: March 13, 2025
    New York, New York

                      SO ORDERED.

                       JENNIFER L. ROCHON
                       United States District Judge