**SMIKUN LAW, PLLC**
**ATTORNEY AT LAW**
80-15 188TH STREET, SUITE 202
HOLLIS, NEW YORK 11423
TELEPHONE: 718-928-8820
FAX: 718-732-2868
EMAIL: SMIKUNLAW@GMAIL.COM

March 18, 2025

**VIA ECF ONLY**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Honorable Jennifer L. Rochon

> The request for an extension is GRANTED. Plaintiff shall file a motion for default judgment by April 3, 2025.
>
> Dated: March 19, 2025
>        New York, New York
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:         *Azimpoor v. Bronx Wood IMP LLC, et al.*
Index No.:  25-cv-00645-JLR

Dear Judge Rochon:

This Firm represents the Plaintiff Javad Azimpoor in the above-entitled matter. Please let this letter motion serve as a request for an extension of time to comply with this Court's Order dated March 13, 2025, directing the filing of a motion for default judgment pursuant to Fed R. Civ. P. Rule 55(b) by March 20, 2025.

This request is in furtherance of Your Honor's Individual Rules of Practice § 2(e). This is a first request, and I am respectfully requesting an additional two (2) weeks to prepare the motion. I am in the process of getting a Declaration from the Plaintiff and would also need the additional time to prepare the motion. I am a solo practitioner and spend a substantial amount of my practice in court. There have been no answers filed in this action, so there is no consent sought.

We thank this Court for any courtesies that can be provided.

Respectfully,

/s/ Alan Smikun
**Alan Smikun, Esq.**