UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVAD AZIMPOOR,<br><br>       Plaintiff,<br><br>  -against-<br><br>BRONX WOOD IMP LLC and NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,<br><br>       Defendants. | 1:25-cv-00645 JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On March 19, 2025, the Court granted Plaintiff's request for an extension of time to file his motion for default judgment until April 3, 2025, Dkt. 36, and on March 20, 2025, the Court ordered Defendant to file any opposition to the motion for default judgment by April 17, 2025, and Plaintiff to file a reply, if any, by April 24, 2025, Dkt. 39.

  IT IS FURTHER ORDERED that Defendants shall appear for a default judgment hearing before this Court on **April 30, 2025 at 10:30 a.m**. in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B. The parties' initial pre-trial conference previously scheduled for April 30, 2025, is adjourned. In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will treat the April 30, 2025 conference as an initial pretrial conference with respect to any such appearing Defendant.

Plaintiff must serve Defendants with a copy of this order within two business days, and, within two business days of service, Plaintiff must file proof of such service on the docket.

Dated: April 7, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge