UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVAD AZIMPOOR,

                Plaintiff,

-against-

BRONX WOOD IMP LLC and NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                Defendants.

Case No. 1:25-cv-00645 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 7, 2025, the Court scheduled a default judgment hearing for April 30, 2025 at 10:30 a.m in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B. Dkt. 46. The parties did not appear for the April 30, 2025 conference.

At Plaintiff's request, the Court shall reschedule the default judgment hearing to **May 13, 2025 at 12:00 p.m**. In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference with respect to any such appearing Defendant.

Plaintiff must serve Defendants with a copy of this order within two business days, and, within two business days of service, Plaintiff must file proof of such service on the docket.

Dated: April 30, 2025
       New York, New York

                            SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge

1